IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DE'ANGELO JAE'SHUN NORTHCROSS                                    PETITIONER

v.                                Civil No. 4:21-cv-04057

DEXTER PAYNE                                                     RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed November 30, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Bryant states that no evidentiary hearing is required on Petitioner's Writ of Habeas Corpus and further recommends that the petition be denied in its entirety. Judge Bryant also recommends that no Certificate of Appealability issue in this matter.

Petitioner has not filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*. Petitioner's Writ of Habeas Corpus is hereby **DENIED** and **DISMISSED WITHOUT PREJUDICE**. No certificate of appealability shall issue.

**IT IS SO ORDERED**, this 4th day of January, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge